# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 08-375 (1) (RHK/JJK) |
| Plaintiff, | **ORDER TO REPLACE IDENTITY OF RESTITUTION PAYEE** |
| v. | |
| John Jefferson, | |
| Defendant. | |

---

Peter D. Mathews, a victim of mail fraud, is a recipient of restitution ordered in the above-captioned case. Peter Mathews died on August 10, 2011. Joan P. Mathews, the victim's spouse, has petitioned the Court to replace Peter D. Matthews as restitution payee and submitted evidence that she is the victim's widow.

**IT IS THEREBY ORDERED** that counsel for the plaintiff and defendant identified above, may object to Joan Mathews's request by filing an objection in writing no later than August 10, 2012.

**IT IS FURTHER ORDERED** that absent any objections filed from counsel, the Clerk of Court direct all future restitution payments received for victim Peter D. Mathews to Joan D. Mathews.

Dated: July 27, 2012

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge